UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.   3:22-cv-257-DJH

**CLAUDINE MUJAWIMANA**                                                       **PLAINTIFF**

v.

**C-K LA FONTENAY, LLC**                                                      **DEFENDANTS**
**and**
**CLK MULTIFAMILY MANAGEMENT, LLC**

## NOTICE OF REMOVAL

For its notice of removal of this action from the Jefferson Circuit Court in Jefferson County, to the United States District Court for the Western District of Kentucky, Louisville Division, C-K La Fontenay, LLC and CLK Multifamily Management, LLC (collectively "Defendants"), state as follows:

1. On February 22, 2022, Plaintiff Claudine Mujawimana ("Plaintiff") filed a Complaint in the Jefferson Circuit Court, Civil Action No. 22-CI-00879, against Defendants. Defendants were served and received a copy of Plaintiff's Complaint on March 1, 2022.

2. On March 28, 2022, Defendants filed an Answer to Plaintiff's Complaint. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a) as **Exhibit 1**.

3. This Notice has been filed within thirty days after Defendants' receipt of service of process of "a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). To wit, on April 29, 2022, Plaintiff served upon Defendants answers to written discovery in which Plaintiff affirmed damages in excess of $75,000. *See Responses to Requests for Admissions*, attached as **Exhibit 2.**

270695528v.1

4. According to allegations in Plaintiff's Complaint, Plaintiff is, at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00879, a citizen of Louisville, Kentucky.

5. Defendant C-K La Fontenay LLC is, and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00879, a foreign corporation with its principal office located at 160 Greentree Drive, Suite 101, Dover Deleware.

6. Defendant CLK Multifamily Management, LLC is, and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00879, a foreign corporation with its principal office located at 5545 Murray Avenue, 3rd Floor, Memphis Tennessee.

7. Plaintiff's action against Defendants is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1) because it is an action between citizens of different states, Defendants are not citizens of Kentucky where the action was brought, and the amount in controversy exceeds $75,000.

8. A copy of this Notice of Removal will be filed with the Clerk for the Jefferson Circuit Court and served upon other counsel of record.

Respectfully submitted,

*/s/ Jeremy J. Nelson*
Jeremy J. Nelson
Lynsie Gaddis Rust
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Facsimile: 502.238.7995
jeremy.nelson@wilsonelser.com
lynsie.rust@wilsonelser.com
*Counsel for Defendants, C-K La Fontenay, LLC and CLK Multifamily Management*

270695528v.1

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 13, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Jeremy J. Nelson
 jeremy.nelson@wilsonelser.com

 I further certify that on May 13, 2022, a copy of the foregoing was served via first class U.S. mail, postage prepaid, upon the following:

Randall S. Strause
Strause Law Group, PLLC
804 Stone Creek Pkwy, Suite 1
Louisville, KY 40223
Phone: (502) 426-1661
rstrause@strauselawgroup.com
*Counsel for Plaintiff*

Stephen H. Miller
111 W. Washington Street, Suite 302
Louisville, KY 40202
Phone: (502) 589-5250
smiller@stephenhmiller.com
*Co-Counsel for Defendants*

            */s/ Jeremy J. Nelson*
            *Counsel for Defendants, C-K La Fontenay, LLC*
            *and CLK Multifamily Management*

270695528v.1